AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

TRAVYUIS DORAL COKELY

Case No.    2:09CR12-MEF-01

USM No.    43433-019

John D. Keller
Defendant's Attorney

### THE DEFENDANT:

[X] admitted guilt to violation of condition(s)    1, 2 and 4    of the term of supervision.

[ ] was found in violation of condition(s) count(s)    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance | 12/19/2008 |
| 2. | Defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance | 12/19/2008 |
| 4. | Defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance | 12/19/2008 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] The government dismissed condition number    3    and defendant is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:    8926

Defendant's Year of Birth:    1974

City and State of Defendant's Residence:
Eufaula, Alabama

May 28, 2009
Date of Imposition of Judgment

Signature of Judge

MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

2 JUNE 2009
Date

AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:          TRAVYUIS DORAL COKELY
CASE NUMBER:    2:09CR12-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Thirty (30) months.  This term consists of 10 months to run concurrently with any state court sentence and the remaining 20 months shall run consecutively to the any state court sentence.

X   The court makes the following recommendations to the Bureau of Prisons:
     The Court recommends that defendant be placed in a facility where he can receive vocational training.

     The Court further recommends that defendant be credited with 419 days on any federal sentence defendant is serving in this Court beyond defendant's sentence of 1993.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

     ☐   at   _____ ☐ a.m.   ☐ p.m.   on   _____ .

     ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on   _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

     Defendant delivered on   _____   to   _____

at   _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL